■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN WATSON, Appellant. [625 NYS2d 910] —Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered December 23, 1992, convicting defendant, after a jury trial, of attempted robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 10 years to life, unanimously affirmed.

Defendant's brief detention in the vicinity of the crime scene for the purpose of a showup identification by the victim was supported by reasonable suspicion that defendant had committed the attempted robbery the victim had reported to the police only moments before *(People v Hicks,* 68 NY2d 234), and probable cause for arrest existed once the victim made the identification *(People v Miller,* 194 AD2d 506, *lv denied* 82 NY2d 928). Defendant's claims of prosecutorial misconduct in examining a defense witness and failing to furnish *Rosario* material are not preserved for appellate review as a matter of law *(People v Rosado,* 191 AD2d 255, *lv denied* 81 NY2d 1019; *People v Laguer,* 195 AD2d 483, *lv denied* 82 NY2d 756), and in any event are without merit *(see,* Richardson, Evidence § 485 [Prince 10th ed]; *People v Boisseau,* 193 AD2d 517, *lv denied* 81 NY2d 1070), as are his other contentions. Concur— Murphy, P. J., Wallach, Kupferman and Williams, JJ.